> Conference is adjourned from November 1, 2023 to November 15, 2023.
> Dial-In No.: 1-888-363-4749, Access Code: 3667981.
> SO ORDERED.
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge
>
> October 27, 2023

**COZEN O'CONNOR**

**Melissa F. Brill**
Direct Phone   212-908-1257
Direct Fax       866-825-3144
mbrill@cozen.com

10/27/2023

Hon. P. Kevin Castel
U.S. District Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Triborough Scaffolding and Hoisting Services, Inc., et al. v. Southwest Marine and General Insurance Company, et al.*, 23 Civ. 7324 (PKC)

Dear Hon. Castel:

Our firm represents Endurance American Specialty Insurance Company ("Endurance") in the above-referenced action. In accordance with Rule 1(C) of Your Honor's Individual Practices in Civil Cases, we write to request an adjournment of the Initial Pretrial Conference, currently scheduled for November 1, 2023, to **November 15, 2023**.

Endurance requests this adjournment due to scheduling conflicts with principal trial counsel. This is the first request for an adjournment of the Initial Pretrial Conference. All parties consent to an adjournment.

Sincerely,

COZEN O'CONNOR

By:   Melissa F. Brill

LEGAL\66568419\1