UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Triborough Scaffolding

                    Plaintiff(s),

      - against -

Southwest Marine

                    Defendant(s).
------------------------------------------------------------x

23   Civ. 7324   (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

      As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. The parties jointly agree to proceed with a bench trial without a jury.

2. Plaintiffs' direct testimony by affidavit and trial brief to be filed by January 23, 2026.

3. Defendants' direct testimony by affidavit and trial brief to be filed by February 13, 2026.

4. Plaintiffs to submit their portion of the JPTO to defendants by January 23, 2026 and proposed JPTO to be filed by ~~January~~ February 20, 2026. Parties' counsel directed to meet and confer on stipulations to be included in JPTO.

2

The next ~~Case Management Conference~~ [the Final Pretrial Conference] will be held on March 11, 2026 at 2:00 ~~am~~/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       November 13, 2025