UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRIBOROUGH SCAFFOLDING AND HOISTING
SERVICES, INC., SHANRI-LA ASTORIA, INC.,
and NEW YORK FAST GENERAL
CONTRACTING CORP.,

                          Plaintiffs,

          -against-

SOUTHWEST MARINE & GENERAL
INSURANCE COMPANY and ENDURANCE
AMERICAN SPECIALTY INSURANCE
COMPANY,

                          Defendants.
-----------------------------------------------------------------x

23-cv-7324 (PKC)

ORDER

CASTEL, U.S.D.J.

   The trial of the action will commence on July 14, 2026 at 11:00 am and continue

on July 15 and 16 commencing at 10:00 am.


   SO ORDERED.

               P. Kevin Castel
              United States District Judge

Dated: New York, New York
   May 4, 2026